THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSE FIGUEROA, Defendant-Appellant.

(No. 60827;

First District (3rd Division)—July 17, 1975.

PER CURIAM.

Paul Bradley and Victoria J. Meyers, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Raymond J. Prosser, and Bertina E. Lampkin, Assistant State's Attorneys, of counsel), for the People.